IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | |
|---|---|
| ALBERTIA YOUNG,  Plaintiff,  v.  THE PRUDENTIAL INSURANCE COMPANY OF AMERICA,  Defendant. | No. 2:11-cv-02405-AJT-tmp |

**JUDGMENT**

**JUDGMENT BY COURT.** This action having come before the Court on the parties' Stipulation of Dismissal with prejudice (D.E. 23), filed February 22, 2012,

**IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED** that, in accordance with the Stipulation of Dismissal, all claims by Plaintiff against Defendant be and hereby are **DISMISSED WITH PREJUDICE.**

APPROVED:

s/Arthur J. Tarnow
U.S. DISTRICT JUDGE

February 24, 2012
Date